UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH MASSUCCO,

    Plaintiff,

    v.

GROUP HEALTH COOPERATIVE OF PUGET SOUND, a Washington corporation,

    Defendant.

Case No. C05-342JLR

TAXATION OF COSTS

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF JOSEPH MASSUCCO , and on behalf of DEFENDANT GROUP HEALTH COOPERATIVE OF PUGET SOUND in the amount of $1,455.33 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $1.368.83 | 0 | $1,368.83 |
| II. ELECTRONIC TRANSCRIPT | $57.26 | $57.26 | 0 |

Purchase of electronic transcript was for the convenience of counsel. Cost is not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPY COSTS | $195.67 | $156.67 | $39.00 |

Only costs directly associated with filing of the summary judgment motion will be allowed. General copying costs are not taxable. It is the decision of the clerk that 20% of the total copying charges of $195.67 will be permitted as taxable cost.

| IV. STATUTORY COSTS | $47.50 | 0 | $47.50 |

Dated this ____10th____ day of MAY, 2006 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2